**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1195**

_____

RONALD SATISH EMRIT,

　　　　　Plaintiff - Appellant,

　　　v.

SEAN COMBS, a/k/a P. Diddy; BAD BOY ENTERTAINMENT; ATLANTIC RECORDS,

　　　　　Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville.  Robert S. Ballou, District Judge.  (3:24-cv-00005-RSB-JCH)

_____

Submitted:  May 21, 2024　　　　　　　　　Decided:  May 24, 2024

_____

Before WYNN and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Ronald Satish Emrit, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Satish Emrit appeals the district court's order dismissing without prejudice his civil complaint for lack of standing.[*]  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Emrit v. Combs*, No. 3:24-cv-00005-RSB-JCH (W.D. Va. Mar. 5, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The dismissal order is final and appealable because the district court did not grant leave to amend.  *Britt v. Dejoy*, 45 F.4th 790, 791 (4th Cir. 2022) (en banc) (order).